# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**BRETT C. TITTLE,**

    **Plaintiff,**

    v.                                               Case No. 08-C-10

**UNITED STATES OF AMERICA,**

    **Defendant.**

[x]    **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as failing to state a claim upon which relief may be granted.

                                              Jon W. Sanfilippo, Clerk of Court
                                              EASTERN DISTRICT OF WISCONSIN

Date:   June 30, 2008               (By) Deputy Clerk, s/C. Quinn

                                              Approved this 30th day of June, 2008.

                                              s/AARON E. GOODSTEIN
                                              United States Magistrate Judge